✓ FILED ___ LODGED
___ RECEIVED ___ COPY
MAY 2 8 2014
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Steven Currence,<br>Defendant. | CR-14-0755-PHX-DGC (MHB)<br>**INDICTMENT**<br>VIO: 18 U.S.C. § 1594(a), 1591(a) and (b)(1)<br>(Attempt to Engage in Sex Trafficking by Force, Fraud or Coercion)<br>Count 1<br><br>18 U.S.C. §§ 1594(a) and 1590<br>(Attempt to Engage in Trafficking with Respect to Peonage, Slavery, Involuntary Servitude, or Forced Labor)<br>Count 2<br><br>18 U.S.C. § 1594(d) and (e) and 28 U.S.C. § 2461(c)<br>(Forfeiture Allegations) |

THE GRAND JURY CHARGES:

**COUNT 1**

Beginning on or about August 19, 2013, and continuing until on or about May 23, 2014, within the District of Arizona and elsewhere, the defendant, STEVEN CURRENCE, did knowingly, in and affecting interstate commerce, attempt to recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion would be used to cause the person to engage in a commercial sex act.

In violation of Title 18, United States Code, Section 1591(a), 1591(b)(1), and 1594(a).

**COUNT 2**

Beginning on or about August 19, 2013, and continuing until on or about May 23, 2014, within the District of Arizona and elsewhere, the defendant, STEVEN CURRENCE, did knowingly attempt to recruit, harbor, transport, provide, and obtain by any means, a person for labor and services, in violation of Chapter 77 of the United States Code, to wit, Title 18, United States Code, Section 1589.

In violation of Title 18, United States Code, Section 1590 and 1594(a).

**FORFEITURE ALLEGATIONS**

The allegations contained in Counts 1 and 2 of the Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 1594.

Pursuant to 18 U.S.C. § 1594, upon conviction of an offense in violation of 18 U.S.C. §§ 1590, 1591 and 1594, the defendant, STEVEN CURRENCE, shall forfeit to the United States of America (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

//

//

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: May 28, 2014

JOHN S. LEONARDO
United States Attorney
District of Arizona

s/
KRISSA M. LANHAM
CHRISTINE D. KELLER
Assistant U.S. Attorneys

JOCELYN SAMUELS
Acting Assistant Attorney General
Civil Rights Division
Department of Justice

LAURENCE E. ROTHENBERG
Trial Attorney